STATE OF NEW JERSEY v. LOLA RODRIQUEZ.

May 29, 1974. Petition for certification is granted; and it is further Ordered that the one week custodial sentence heretofore imposed on defendant be suspended; and it is further Ordered that this matter be remanded to the trial court for resentencing in conformance with this order.

HORACE E. CARVER v. INGERSOLL-RAND COMPANY.

September 19, 1974. Petition for certification is granted, the judgment of the Appellate Division is vacated and the matter is remanded to those members of the Appellate Division who decided the appeal for the receipt of briefs and the hearing of argument on the findings of fact made by the Division of Workmen's Compensation after remand and for redetermination of the appeal.

HELEN DOLINA v.
POLISH AMERICAN WORLD WAR VETERANS, POST #81.

October 2, 1974. Petition for certification is dismissed as having been improvidently granted.

NATIONAL ORGANIZATION OF WOMEN v.
LITTLE LEAGUE BASEBALL, INC.

October 15, 1974. Motion for summary affirmance is granted. (See 127 N. J. Super. 522).